B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF TEXAS<br>AUSTIN DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Artz Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Artz Rib House** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **74-2642324** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**2330 S. Lamar Blvd.**<br>**Austin, TX**<br>ZIP CODE **78704-4727** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Travis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2330 S. Lamar Blvd.**<br>**Austin, TX**<br>ZIP CODE **78704-4727** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [x] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [x] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.74.1, ID 1452056030)*

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Artz, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X_____ <br>                                           Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                                      _____
                                        (Name of landlord that obtained judgment)

                                        _____
                                        (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): **Artz, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Barbara Barron**

**Barbara Barron**     Bar No. **01817300**

**Barron & Newburger PC**
**1212 Guadalupe**
**Suite 104**
**Austin, Tx 78701**

Phone No. **(512) 476-9103**     Fax No. **(512) 476-9253**

12/10/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Artz Inc.**

X **/s/ Art Blondin**
Signature of Authorized Individual

**Art Blondin**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**12/10/2010**
Date

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

IN RE: **Artz, Inc.**  Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | 940/941 taxes | | $166,401.66<br>Value: $100,000.00 |
| Comptroller of Public Accounts<br>Rev. Acctg. Sec.--Bkr Div.<br>P.O. Box 13528<br>Austin, TX 78711 | | Sales Taxes | | $60,699.88<br>Value: $0.00 |
| Wells Fargo<br>PO Box 29746<br>Phoenix, AZ 85038 | | Line of Credit | | $38,592.00 |
| Margaret Gilbreath<br>2005 Willow St.<br>Austin, TX 78702 | | Lease Arrearages | | $12,000.00 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | Credit Card | | $5,065.00 |
| Citibusiness Card<br>P.O. Box 6530<br>The Lakes, NV 88901-6530 | | Credit Card | | $4,970.81 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: **Artz, Inc.**  Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Mary Cam Crawford-Todd<br>3305 Riva Road<br>Austin, TX 78746 | | Loan | | **$3,000.00** |
| Jon Emery<br>1910 Santa Clara, Apt. 1<br>Austin, TX 78757 | | Loan | | **$3,000.00** |
| City of Austin<br>PO Box 2267<br>Austin, Texas 78768-2267 | | utility service | | **$2,651.43** |
| PFG<br>7801 N. Lamar<br>Austin, TX 78752 | | Goods and Services | | **$2,500.00** |
| Waste Management<br>1901 Afton St.<br>Houston, TX 77055-2203 | | Goods and Services | | **$2,278.00** |
| BMI<br>P.O.Box 406741<br>Atlanta, Georgia 30384-6741 | | Licensing Fees | | **$2,009.14** |
| Express Meat<br>9701 Brown Ln. #101<br>Austin, TX 78745 | | Goods and Services | | **$2,000.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

IN RE: **Artz, Inc.**  Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Compass Bank<br>PO Box 2210<br>Decatur, AL  35699 | | Credit Card | | **$1,862.87** |
| Segovia Produce Co., Inc.<br>4618 East 7th Street<br>Austin, TX  78702 | | Goods | | **$1,740.00** |
| City of Austin<br>PO Box 2267<br>Austin, Texas 78768-2267 | | utility service | | **$1,733.66** |
| Hill Refrigeration<br>2209 S. 1st Street<br>Austin, Texas  78704 | | Goods and Services | | **$1,644.75** |
| Texas Gas Service<br>P.O. Box 219913<br>Kansas City, MO  64121-9913 | | Utilities | | **$1,278.17** |
| ASCAP<br>2675 Paces Ferry Rd. SE #350<br>Atlanta, GA  30339 | | Licensing Fees | | **$1,089.27** |
| Sully's Plumbing<br>15404 Marsha St.<br>Austin, TX  78728 | | Goods and Services | | **$1,000.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Artz, Inc.**                 Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **12/10/2010**          Signature: **/s/ Art Blondin**
                                                                   *Art Blondin*
                                                                   **President**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

IN RE: **Artz, Inc.**            CASE NO

                                                                        CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   12/10/2010                          Signature   **/s/ Art Blondin**
                                                                            *Art Blondin*
                                                                            *President*

Date                                                           Signature

American Express
P.O. Box 650448
Dallas, TX 75265-0448


Amy Geragi
unknown


Anayeli Hernandez
4509 East St. Elmo #7201
Austin, TX 78744


Arthur Blondin
3209 Nancy Gale Dr.
Austin, TX  78735


ASCAP
2675 Paces Ferry Rd. SE #350
Atlanta, GA  30339


AT&T
PO Box 5001
Carol Stream, IL 60197-8001


Billy Hesson
3707 Manchaca #146
Austin, TX  78704


BMI
P.O.Box 406741
Atlanta, Georgia  30384-6741


Bruce Wilpon
IRS General Counsel's Office
301 E. 6th St., Room 601
Austin, TX 78701

Citibusiness Card  
P.O. Box 6530  
The Lakes, NV 88901-6530

City of Austin  
PO Box 2267  
Austin, Texas 78768-2267

Compass Bank  
PO Box 2210  
Decatur, AL   35699

Comptroller of Public Accounts  
Rev. Acctg. Sec.--Bkr Div.  
P.O. Box 13528  
Austin, TX   78711

Corporate Service Company  
P.O. Box 2909  
Springfield, ILL   02708

CT Lien Solutions  
2727 Allen Parkway, Suite 1000  
Houston, TX   77019

Cynthia A. Gonzalez  
1207 Upland Dr.  
Austin, TX   78741

Dan J. Tillia  
500 S. Congress Ave. #117  
Austin, TX   78701

David J. Lee  
515 Krebs Lane #210  
Austin, TX   78704

Diligenz, Inc.
6508 Harbor Heights Pkway
Suite 400
Mukilloo, WA  98275


East Poultry
2615 E. 6th St
Austin, TX  78702


Express Meat
9701 Brown Ln. #101
Austin, TX  78745


Express Working Capital
5605 N. MacArthur Blvd., 10th Floor
Irving, TX  75038


Gary Villegas
3707 Manchaca #130
Austin, TX  78741


Helena M. Sutherland
6503 Bluff Springs Rd. #714
Austin, TX  78704


Herberto H. Calvario
2020 South 1st
Austin, TX  78704


Hill Country Dairy's
912 Kramer Ln.
Austin, TX  78758


Hill Refrigeration
2209 S. 1st Street
Austin, Texas  78704

Hugh Crawford
3305 River Ridge Rd.
Austin, TX  78746


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114


Jacinta Castellanos
4509 E. St. Elmo Rd. #7205
Austin, TX  78744


John Stern
Texas Attorney of General
PO Box 12548
Austin, TX 78711-2548


Jon Emery
1910 Santa Clara, Apt. 1
Austin, TX  78757


Katrina S. Conrad
8725 Keynes Ln.
Austin, TX 78747


Kristen Marcheck
7511 Whispering Winds Dr.
Austin, TX  78745


Mantis Financial LP
9433 FM 2244
Austin, TX 78733


Mantis Financial LP
9433 FM 2244
Austin, TX 78733

Margaret Gilbreath
2005 Willow St.
Austin, TX 78702


Mary Cam Crawford-Todd
3305 Riva Road
Austin, TX 78746


Mary Cam Crawford-Todd
3305 Riva Ridge Road
Austin, TX 78746


Michael Bammel
1913 Collier
Austin, TX 78704


Nationwide Credit, Inc.
1150 E. University Dr., First Floor
Tempe, AZ 85281-8674


PFG
7801 N. Lamar
Austin, TX 78752


Rebecca Balboa
3106 Walnut Ave.
Austin, TX 78722


Republic National Distributing Co
6511 Tri County Parkway
Schertz, TX 78154


Rewards Network Establishment Services I
2N Riverside Plaza, Suite 950
Chicago, IL 60606

Rick L. Kelly
5104 Greenheart Dr.
Austin, TX  78745


Sarah Baugh
211 W. 55th 1/2 St.
Austin, TX  78751


Schwertner State Bank
110 Main St.
Schwertner, TX  76573


Segovia Produce Co., Inc.
4618 East 7th Street
Austin, TX  78702


SESAC
SS Music Square East
Nashville, TN  37203


SOS Liquid Waste
P.O. Box 201480
San Antonio, TX 78220


Sound Garden
P.O. Box 2028
Woodstock, GA 30188


Sully's Plumbing
15404 Marsha St.
Austin, TX  78728


Teresa Hernandez
unknown

Texas Gas Service
P.O. Box 219913
Kansas City, MO  64121-9913


Tiburcio J. Villegas
5811 Mojair Dr.
Austin, TX  78745


U.S. Food Service
979 Springdale Rd.
Austin, TX  78702


Waste Management
1901 Afton St.
Houston, TX  77055-2203


Wells Fargo
PO Box 29746
Phoenix, AZ 85038