**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 05, 2011.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ARTZ, INC. | § | Case No. 10-13441 |
| | § | (Chapter 11) |
| Debtor. | § | |
| | § | |

### INTERIM ORDER ON
### EMERGENCY MOTION PURSUANT TO 11 U.S.C. § 363 FOR AUTHORITY TO USE, SELL, OR LEASE CASH COLLATERAL IN THE ORDINARY COURSE, PROVIDE ADEQUATE PROTECTION AND FOR PRELIMINARY HEARING

CAME ON TO BE CONSIDERED the interim hearing on Debtor's Emergency Motion Pursuant to 11 U.S.C. Sec. 363 for Authority to Use, Sell, or Lease Cash Collateral in the Ordinary course of Business, Provide Adequate Protection and for Preliminary Hearing. The Court finds that it should enter the following interim order.

IT IS THEREFORE ORDERED as follows:

1. Debtor is authorized to use cash collateral to pay its usual and necessary operating expenses.

2. All creditors with an interest in cash collateral are granted a replacement lien to the same extent, priority and validity and their pre-petition liens.
3. The Court shall conduct a final hearing on the motion on the 5th day of January 2011 at 3:00 p.m. Debtor shall be responsible for notice.

###